AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Android phone, model 1+, phone number 206-316-6268 | )<br>)<br>) Case No.  MJ18-568-2<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Washington
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-2, which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before    Dec 26, 2018    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any U.S. Magistrate Judge in West. Dist. of Washington    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    11 Dec 2018
                         4:50 pm                                    _____
                                                                    *Judge's signature*

City and state:    Seattle, Washington                              James P. Donohue, United States Magistrate Judge
                                                                    *Printed name and title*

USAO No. 2017R01197

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ18-568-2 | 12/18/18 @ approx 2:22 | N/A |

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

Extractions of data performed for examination.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/28/18

_Executing officer's signature_

Michael Fischlin, Inspector
_Printed name and title_

## **ATTACHMENT A-2**
Place To Be Searched

The property to be searched is an Android phone, model 1+, phone number 206-316-6268, believed to belong to MATTHEW WITTERS.

Attachment A-2
USAO 2017R01197

## **ATTACHMENT B-2**
Items to be Seized

This warrant authorizes the government to search for the following items that are evidence and/or fruits of possession of controlled substances with intent to distribute and/or distribution of controlled substances:

    a.    Assigned number and identifying telephone serial number (ESN, MIN, IMSI, or IMEI);
    b.    Stored list of recent received, sent, and missed calls;
    c.    Stored contact information;
    d.    Stored photographs of narcotics, currency, firearms or other weapons, evidence of suspected criminal activity, and/or the user of the phone or suspected co-conspirators, including any embedded GPS data associated with those photographs;
    e.    Stored text messages.
    f.    digital currency applications and wallets, to include information regarding current balance and transaction history, *i.e.*, date, time, amount, and address of the sender/recipient of a digital currency transaction maintained in such wallets;

Attachment B-2
USAO 2017R01197